THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Willis Weary, Appellant.
 
 
 
 
 

Appeal From Richland County
 G. Thomas Cooper, Jr., Circuit Court
Judge

Unpublished Opinion No. 2009-UP-559
 Submitted November 2, 2009  Filed
November 23, 2009    

APPEAL DISMISSED

 
 
 
 Appellate Defender M. Celia Robinson, of
 Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General
 Salley W. Elliott, and Solicitor Warren B. Giese, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Willis Weary appeals his first-degree burglary
 conviction and eighteen-year sentence.  Weary argues the trial court erred in admitting his statement to
 police and DNA evidence.  After a thorough review of the record and counsel's
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsel's motion to be relieved.[1]
APPEAL DISMISSED.  
HEARN, C.J., Huff, and Geathers, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.